UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| DOUGLAS VERNON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:23-cv-00069-GFVT-EBA |
| V. | ) | |
| | ) | **ORDER** |
| HUNTER FRANK, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

*** *** *** ***

This matter is before the Court on a Recommended Disposition filed by United States Magistrate Judge Edward B. Atkins. The Plaintiff, Douglas Vernon, filed a *pro se* complaint against Hunter Frank and Lilly's Towing. [R. 1.] Plaintiff Vernon was ordered to file a status report and proof of service by August 2, 2024. [R. 18.] The Plaintiff was granted an extension of time through August 21, 2024. [R. 23.] The Plaintiff did not submit a status report, nor did he respond to the Court's show cause order. Pursuant to 28 U.S.C. § 636(b) and this Court's referral, Judge Atkins reviewed the case and prepared a Recommended Disposition. [R. 29.]

After considering the record, Judge Atkins determined that the Mr. Vernon's Complaint should be dismissed failure to serve, failure to comply with Court orders, and failure to keep the Court apprised of an address change. [R. 29 at 3-4.] Generally, this Court must make a *de novo* determination of those portions of a recommended disposition to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, however, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Parties who fail to object to a Magistrate's Report and Recommendation are also barred from appealing a district court's order

adopting that Report and Recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). No objections have been filed, and the time to do so has now expired. Nevertheless, this Court has considered the record, and it ultimately agrees with the Magistrate Judge's recommendation.

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED**:

1. Magistrate Judge Edward B. Atkins's Report and Recommendation [**R. 29**] is **ADOPTED** and for the Opinion of the Court;

2. This matter is **DISMISSED WITHOUT PREJUDICE**; and

3. This matter is **STRICKEN** from the Court's active docket.

This the 6th day of November, 2024.

Gregory F. Van Tatenhove
United States District Judge